1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                     **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  DANIEL J. LANG,                                   CASE NO. 08-CV-238-JLS (CAB)

12                                    Plaintiff,      **ORDER: (1) ADOPTING REPORT**
                                                      **AND RECOMMENDATION AND**
13        vs.                                         **(2) GRANTING DEFENDANTS'**
                                                      **MOTION TO DISMISS**
14  CANLAS, DOCTOR; ESCALANTE,
    CORRECTIONAL OFFICER (C/O);                       (Doc. Nos. 49 & 55)
15  ALLAMBY, LIEUTENANT; WHITEHEAD,
    R.N.; M. RUIZ, DOCTOR; SINAGA,
16  REGISTERED NURSE,

17                                   Defendants.

18

19        Presently before the Court is Magistrate Judge Cathy Ann Bencivengo's Report and

20  Recommendation ("R&R") advising this Court to grant Defendants' motion to dismiss. (Doc. No. 55.)

21  Plaintiff did not timely file objections.

22        Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1) set forth the

23  duties of a district court in connection with a magistrate judge's report and recommendation.  "The

24  district court must make a *de novo* determination of those portions of the report . . . to which objection

25  is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations

26  made by the magistrate."  28 U.S.C. 636(b)(1)(c); *see also United States v. Remsing*, 874 F.2d 614,

27  617 (9th Cir. 1989); *United States v. Raddatz*, 447 U.S. 667, 676 (1980). However, in the absence of

28  timely objection, the Court need "only satisfy itself that there is no clear error on the face of the

- 1 -                                                                    08cv238

1    record." Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (citing *Campbell v. U.S. Dist. Court*,

2    501 F.2d 196, 206 (9th Cir. 1974)).

3          Since Plaintiff failed to timely object to Magistrate Judge Bencivengo's R&R, the Court need

4    only ensure that it is not clearly erroneous given the record.  Having done so, the Court finds Judge

5    Bencivengo's opinion is thorough, well reasoned, and no contains no clear error.  Therefore, the Court

6    **ADOPTS** the R&R in full.  The Court therefore **GRANTS** Defendants' motion to dismiss as follows:

7          1)    the Eighth Amendment deliverate indifference claims in Cout One (and Count Two in

8                the Form Complaint) against Defendants Canlas, Whitehead, and Escalante are

9                **DISMISSED WITH PREJUDICE**;

10         2)    the negligence claim (and all other state law claims) in Cout One (and Count Towo in

11               the Form Complaint) against Defendants Canlas, Whitehead, and Escalante are

12               **DISMISSED WITHOUT PREJUDICE**;

13         3)    the claim for excessive force/First Amendment (and related federal and state law

14               claims) in Count Three against defendants Escalante and Allamby are **DISMISSED**

15               **WITHOUT PREJUDICE**;

16         4)    the claim for retaliation (and related federal and state law claims) in Count Four

17               against defendants Sinaga and Ruiz are **DISMISSED WITHOUT PREJUDICE**.

18   Since all claims in the Second Amended Complaint have now been dismissed, the Clerk shall close

19   the file.

20         IT IS SO ORDERED.

21

22   DATED:  August 5, 2010

23                                                    _Janis L. Sammartino_____
                                                     Honorable Janis L. Sammartino
24                                                   United States District Judge

25

26

27

28